IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:15CV01827 CAS |
| | ) |
| REAL PROPERTY KNOWN AS 123 | ) |
| N. SEQUOIA BLVD, ET AL, | ) |
| | ) |
| Defendants. | ) |

### ANSWER

Comes now Claimant William Mahfood and for his Answer to the Complaint for Forfeiture, states as follows:

1. Admit that this is a civil *in rem* action pursuant to 18 U.S.C. §981. Deny the remainder.

2. Insufficient knowledge to answer, so Deny.

3. Admit

4. Admit

5. Admit

6. Admit

7. Admit

8. Admit

9. Admit

10. Admit

11. Admit

12. Admit

13. Admit

14. Admit

15. Admit

16. Deny

17. Deny

18. Deny

19. Admit

20. Admit

21. Admit

22. Admit

23. Admit

24. Admit

25. Admit

26. Admit

27. Admit

28. Admit

29. Admit

30. Admit

31. Admit

32. Deny

33. Deny

34. Deny

35. Deny

36. Deny

37. Deny

38. Insufficient information to answer, so Deny

39. Insufficient information to answer, so Deny

40. Deny

41. Deny

42. Deny

43. Insufficient information to answer, so Deny

44. Insufficient information to answer, so Deny

45. Insufficient information to answer, so Deny

46. Insufficient information to answer, so Deny

47. Insufficient information to answer, so Deny

48. Insufficient information to answer, so Deny

49. Insufficient information to answer, so Deny

50. Insufficient information to answer, so Deny

51. Insufficient information to answer, so Deny

52. Insufficient information to answer, so Deny

53. Insufficient information to answer, so Deny

54. Insufficient information to answer, so Deny

55. Insufficient information to answer, so Deny

56. Insufficient information to answer, so Deny

57. Deny

58. Deny

59. Deny

60. Deny

61. Deny

62. Deny

63. Deny

64. Deny

65. Deny

66. Deny

67. Deny

68. Deny

69. Deny

70. Deny

71. Deny

72. Deny

73. Deny

74. Deny

75. Deny

76. Deny

77. Deny

78. Deny

79. Deny

80. Deny

81. Deny

82. Deny

83. Deny

84. Deny

85. Deny

86. Deny

87. Deny

88. Deny

89. Deny

90. Deny

91. Deny

92. Deny

93. Deny

94. Deny

95. Deny

96. Deny

97. Deny

98. Deny

WHEREFORE, Claimant William Mahfood herewith files his Answer to the Complaint of Forfeiture.

Respectfully submitted,

LAW OFFICES OF
WOLFF & D'AGROSA

/s/Paul J. D'Agrosa
Paul J. D'Agrosa (#36966MO)
7710 Carondelet, Suite 200
Clayton, Mo. 63105

(314) 725-8019  
(314) 725-8443 Fax  
paul@wolffdagrosa.com

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2016 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Mr. Richard Finneran, Assistant U.S. Attorney, c/o Danielle Floyd, Asset Forfeiture Specialist, U.S. Attorney's Office.

/s/ Paul J. D'Agrosa