UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15-cv-01827 CAS |
| | ) | |
| REAL PROPERTY KNOWN AS | ) | |
| 213 NORTH SEQUOIA BLVD, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

COMES NOW Plaintiff the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and with the agreement of counsel for claimants Joseph Mahfood, Mary Mahfood, Virgnia Mahfood, William Mahfood, Jessica Helene Hazer, and Samuel Douglas Hazer, makes the following status report to the Court:

1.  A criminal investigation is ongoing with respect to the same allegations that are the subject of the instant action.

2.  The parties are agreed that, in light of the ongoing criminal investigation, this matter should remain stayed for at least an additional six (6) months.

WHEREFORE the United States prays that this Court enter an order staying this matter until at least February 1, 2017, and for such other and further relief as the Court deems just and proper.

1

Dated: August 1, 2016                     Respectfully submitted,

                                          RICHARD G. CALLAHAN
                                          United States Attorney

                                           */s/ Richard E. Finneran*
                                          RICHARD E. FINNERAN, #60768
                                          Assistant United States Attorney
                                          111 South 10th Street, Suite 20.333
                                          Saint Louis, Missouri 63102
                                          Telephone:  (314) 539-2200
                                          Facsimile:   (314) 539-2287
                                          *richard.finneran@usdoj.gov*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

 */s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO
Assistant United States Attorney